UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:20-cr-00286-JMS-KMB |
| | ) | |
| JAMONTRELL SEALS (05), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mario Garcia's Report and Recommendation dkt [327] recommending that Jamontrell Seals' supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Report and Recommendation dkt [327]. The Court finds that Mr. Seals committed Violation Numbers 2 and 4 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [315]. The Court dismisses Violation Numbers 1 and 3 at dkt [315]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Seals is committed to the custody of the Attorney General or his designee for a period of eleven (11) months and with no supervised release to follow. The Court recommends placement at a facility with a drug treatment program in the Southern District of Texas.

Date: 6/21/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system